AO91 (Rev. 12/03)   Criminal Complaint                                              AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**

**vs.**

Jose Jonathan HERNANDEZ-Mata
 A215 586 253  Mexico

**CRIMINAL COMPLAINT**

Case Number:  1:18-po-923

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about     May 14, 2018     in     Cameron     County, in

the                               Southern District Of Texas                               defendant(s)

being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than
designated by an Immigration Officer,

in violation of Title     8     United States Code, Section(s)     1325(a)(1)

I further state that I am a(n)     Border Patrol Agent     and that this complaint is based on the

following facts:
The defendant was apprehended in Brownsville, Texas on May 14, 2018. The defendant is a citizen of Mexico who entered the
United States illegally by rafting across the Rio Grande River near Brownsville, Texas on May 14, 2018 thus avoiding
immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND
CORRECT.

Continued on the attached sheet and made a part of this complaint:     ☐ Yes     ☒ No

/S/  Roman, Adolfo  Border Patrol Agent
Signature of Complainant

Roman, Adolfo    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 16, 2018                                                         at     Brownsville, Texas
Date                                                                           City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                 Title of Judge                    Signature of Judge